# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Bank of the West, as Trustee of the Edward Scholkowfsky Residual Trust,<br><br>        Plaintiff,<br><br>   vs.<br><br>Randall L. Cooper and Julie A. Cooper, individually and as husband and wife, and as Co-Trustees of The Randall L. Cooper Revocable Trust dated November 7, 2012; also all other persons unknown claiming any right, title, estate, interest or lien in the real estate described herein,<br><br>        Defendants. | **ORDER GRANTING JOINT MOTION AMEND SCHEDULING/DISCOVERY PLAN**<br><br>Case No. 1:18-cv-187 |

On May 20, 2019, the parties filed a Joint Motion to Amend Joint Scheduling/Discovery Plan. The court **GRANTS** the parties' motion (Doc. No. 17) and **AMENDS** the pretrial deadlines as follows:

1. The parties shall have until September 13, 2019 to move to amend pleadings to add claims or defenses.

2. The parties shall have until September 3, 2019 to file other non-dispositive motions (e.g., consolidation, bifurcation).

3. The parties shall have until November 1, 2019, to complete fact discovery and to file discovery motions.

4. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    a. Parties making affirmative claims: December 2, 2019

1

    b.        Responses: February 1, 2020

    c.        Rebuttals: March 16, 2020

5.       The parties shall have until April 1, 2020 to complete discovery depositions of expert witnesses.

6.       The parties shall have until January 31, 2020 to file other dispositive motions (summary judgment as to all or part of the case).

**IT IS SO ORDERED.**

Dated this 21st day of May, 2019.

                                                    */s/ Clare R. Hochhalter*
                                                    Clare R. Hochhalter, Magistrate Judge
                                                    United States District Court