# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Bank of the West, as Trustee of the Edward Scholkowfsky Residual Trust, | ) ) ) |
| Plaintiff, | ) **ORDER FOR STATUS CONFERENCE** ) |
| vs. | ) ) |
| Randall L. Cooper and Julie A. Cooper, individually and as husband and wife, and as Co-Trustees of The Randall L. Cooper Revocable Trust dated November 7, 2012; also all other persons unknown claiming any right, title, estate, interest or lien in the real estate described herein, | ) ) ) ) Case No. 1:18-cv-187 ) ) ) ) |
| Defendants. | ) |

The Magistrate Judge shall hold a status conference in the above-entitled action on November 12, 2019, at 3:00 p.m. by telephone. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 5th day of November, 2019.

                                                      */s/ Clare R. Hochhalter*
                                                      Clare R. Hochhalter, Magistrate Judge
                                                      United States District Court