# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Bank of the West, as Trustee of the Edward Scholkowfsky Residual Trust, ) ) ) Plaintiff, ) ) v. ) ) Randall L. Cooper and Julie A. Cooper, ) individually as husband and wife, and as ) Co-Trustees of The Randal L. Cooper ) Revocable Trust dated November 7, 2012; also ) all other persons unknown claiming any right, ) title, estate, interest or lien in the real estate ) described herein, ) ) Defendants. ) | **ORDER** <br><br><br><br> Case No. 1:18-cv-187 |

The court shall conduct a status conference with the parties by telephone on February 10, 2020, at 9:00 a.m. to discuss the status of settlement efforts. To participate in conference, counsel should call (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 14th day of January, 2020.

                                               */s/ Clare R. Hochhalter*
                                               Clare R. Hochhalter, Magistrate Judge
                                               United States District Court